B5 (Official Form 5) (12/07)

| United States Bankruptcy Court<br><br>___Northern___ District of ___Illinois___ | INVOLUNTARY PETITION |
|---|---|
| IN RE (Name of Debtor – If Individual: Last, First, Middle)<br>Hearthside Baking Co., Inc. | ALL OTHER NAMES used by debtor in the last 8 years (Include married, maiden, and trade names.)<br>Maurice Lenell Cooky Company; Maurice Lenell Cookie Company |
| Last four digits of Social-Security or other Individual's Tax-I.D. No./Complete EIN (If more than one, state all.):   363521984 | |
| STREET ADDRESS OF DEBTOR (No. and street, city, state, and zip code)<br>4474 N. Harlem Ave.<br>Norridge, Illinois 60706<br><br>COUNTY OF RESIDENCE OR PRINCIPAL PLACE OF BUSINESS<br>COOK COUNTY | MAILING ADDRESS OF DEBTOR (If different from street address)<br>SAME |

LOCATION OF PRINCIPAL ASSETS OF BUSINESS DEBTOR (If different from previously listed addresses)

CHAPTER OF BANKRUPTCY CODE UNDER WHICH PETITION IS FILED

☑ Chapter 7   ☐ Chapter 11

**INFORMATION REGARDING DEBTOR (Check applicable boxes)**

| Nature of Debts<br>(Check **one** box.)<br><br>Petitioners believe:<br><br>☐ Debts are primarily consumer debts<br>☑ Debts are primarily business debts | Type of Debtor<br>(Form of Organization)<br>☐ Individual (Includes Joint Debtor)<br>☑ Corporation (Includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.) | Nature of Business<br>(Check **one** box.)<br>☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101(51)(B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☑ Other |

| VENUE | FILING FEE (Check one box) |
|---|---|
| ☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in the District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.<br><br>☐ A bankruptcy case concerning debtor's affiliate, general partner or partnership is pending in this District. | ☑ Full Filing Fee attached<br><br>☐ Petitioner is a child support creditor or its representative, and the form specified in § 304(g) of the Bankruptcy Reform Act of 1994 is attached.<br>*[If a child support creditor or its representative is a petitioner, and if the petitioner files the form specified in § 304(g) of the Bankruptcy Reform Act of 1994, no fee is required.]* |

**PENDING BANKRUPTCY CASE FILED BY OR AGAINST ANY PARTNER OR AFFILIATE OF THIS DEBTOR** (Report information for any additional cases on attached sheets.)

| Name of Debtor | Case Number | Date |
|---|---|---|
| Relationship | District | Judge |

| ALLEGATIONS<br>(Check applicable boxes) | COURT USE ONLY |
|---|---|
| 1. ☑ Petitioner (s) are eligible to file this petition pursuant to 11 U.S.C. § 303 (b).<br>2. ☑ The debtor is a person against whom an order for relief may be entered under title 11 of the United States Code.<br>3.a. ☑ The debtor is generally not paying such debtor's debts as they become due, unless such debts are the subject of a bona fide dispute as to liability or amount;<br>or<br>b. ☐ Within 120 days preceding the filing of this petition, a custodian, other than a trustee receiver, or agent appointed or authorized to take charge of less than substantially all of the property of the debtor for the purpose of enforcing a lien against such property, was appointed or took possession. | |

B5 (Official Form 5) (12/07) – Page 2

Name of Debtor: Hearthside Baking Co., Inc.

Case No. _____

## TRANSFER OF CLAIM

☐ Check this box if there has been a transfer of any claim against the debtor by or to any petitioner. Attach all documents that evidence the transfer and any statements that are required under Bankruptcy Rule 1003(a).

## REQUEST FOR RELIEF

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

x /s/ Adam Baltz  1/18/08
Signature of Petitioner or Representative (State title)
The Custom Companies, Inc.  1/18/08
Name of Petitioner  Date Signed

Name & Mailing Address of Individual Signing in Representative Capacity:
Adam Baltz, VP Logistics
The Custom Companies, Inc.
317 W. Lake Street
Northlake, IL 60164

x /s/ Joseph D. Frank  1/18/08
Signature of Attorney  Date
Joseph D. Frank, Frank/Gecker LLP
Name of Attorney Firm (If any)
Address: 325 N. LaSalle Street, Suite 625
Chicago, IL 60610

Telephone No. (312) 276-1400

x /s/ Adam Baltz  1/18/08
Signature of Petitioner or Representative (State title)
Custom Global Logistics, LLC  1/18/08
Name of Petitioner  Date Signed

Name & Mailing Address of Individual Signing in Representative Capacity:
Adam Baltz, VP Logistics
Custom Global Logistics, LLC
317 W. Lake Street
Northlake, IL 60164

x /s/ Joseph D. Frank  1/18/08
Signature of Attorney  Date
Joseph D. Frank, Frank/Gecker LLP
Name of Attorney Firm (If any)
Address: 325 N. LaSalle Street, Suite 625
Chicago, IL 60610

Telephone No. (312) 276-1400

x /s/ Joseph Remitz  1/18/08
Signature of Petitioner or Representative (State title)
Remitz Transportation Services, Inc.  1/18/08
Name of Petitioner  Date Signed

Name & Mailing Address of Individual Signing in Representative Capacity:
Joseph Remitz, President
Remitz Transportation Services, Inc.
7055 Saeger Road
Oconomowoc, WI 53066

x /s/ Joseph D. Frank  1/18/08
Signature of Attorney  Date
Joseph D. Frank, Frank/Gecker LLP
Name of Attorney Firm (If any)
Address: 325 N. LaSalle Street, Suite 625
Chicago, IL 60610

Telephone No. (312) 276-1400

## PETITIONING CREDITORS

| Name and Address of Petitioner | | Nature of Claim | Amount of Claim |
|---|---|---|---|
| The Custom Companies, Inc. | Address Above | Unsecured trade claim | $154,630.85 |
| Custom Global Logistics, LLC | Address Above | Unsecured trade claim | $79,505.05 |
| Remitz Transportation Services, Inc. | Address Above | Unsecured trade claim | $126,739.00 |
| | | Total Amount of Petitioners' Claims | |

Note: If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above.

___ continuation sheets attached

22222222-001

B5 (Official Form 5) (12/07) – Page 2                    Name of Debtor __Hearthside Baking Co., Inc.__

                                                         Case No. _____

| TRANSFER OF CLAIM |
|---|
| [ ] Check this box if there has been a transfer of any claim against the debtor by or to any petitioner. Attach all documents that evidence the transfer and any statements that are required under Bankruptcy Rule 1003(a). |

| REQUEST FOR RELIEF |
|---|
| Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached. |

| Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief. | |
|---|---|
| x _/s/_ _____ <br> Signature of Petitioner or Representative (State title) <br> JBS Logistics, Inc.                    1/18/08 <br> Name of Petitioner              Date Signed <br><br> Name & Mailing    Alec Gizzi, President <br> Address of Individual  200 Regency Drive <br> Signing in Representative  Glendale Heights, IL 60139 <br> Capacity | x _Francis Bongiovanni_  1/18/08 <br> Signature of Attorney                    Date <br>           Francis J. Bongiovanni <br> Name of Attorney Firm (If any) <br> Address    108 Bokelman Street <br>            Roselle, IL 60172 <br><br><br> Telephone No. (630) 295-8555 |
| x _____ <br> Signature of Petitioner or Representative (State title) <br><br> Name of Petitioner              Date Signed <br><br> Name & Mailing <br> Address of Individual <br> Signing in Representative <br> Capacity | x _____ <br> Signature of Attorney                    Date <br><br> Name of Attorney Firm (If any) <br> Address <br><br><br><br> Telephone No. |
| x _____ <br> Signature of Petitioner or Representative (State title) <br><br> Name of Petitioner              Date Signed <br><br> Name & Mailing <br> Address of Individual <br> Signing in Representative <br> Capacity | x _____ <br> Signature of Attorney                    Date <br><br> Name of Attorney Firm (If any) <br> Address <br><br><br><br> Telephone No. |

| PETITIONING CREDITORS | | |
|---|---|---|
| Name and Address of Petitioner <br> JBS Logistics, Inc. | Nature of Claim <br> Unsecured trade claim | Amount of Claim <br> $37,735.82 |
| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
| Note: If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above. | | Total Amount of Petitioners' Claims <br> $398,610.72 |

___0___ continuation sheets attached